**COURT OF CHANCERY**
**OF THE**
**STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

October 27, 2022

A. Thompson Bayliss, Esquire
E. Wade Houston, Esquire
G. Mason Thomson, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE l9807

Henry E. Gallagher, Jr., Esquire
Shaun Michael Kelly, Esquire
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801

Ashley R. Altschuler, Esquire
Ethan H. Townsend, Esquire
Kevin M. Regan, Esquire
McDermott Will & Emery LLP
The Nemours Building
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801

Daniel M. Silver, Esquire
Benjamin A. Smyth, Esquire
Travis J. Ferguson, Esquire
McCarter & English, LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

Re: *In re Orbit/FR, Inc. Stockholders Litigation*
C.A. No. 2018-0340-SG

Dear Counsel:

At the conclusion of oral argument yesterday, I took the Defendants' Motions to Stay Discovery under advisement. To clarify, however, the Motion to Stay Discovery pending resolution of his Motion to Dismiss, filed by Defendant Douglas Merrill, is GRANTED.

To the extent the foregoing requires an order to take effect, IT IS SO ORDERED.

Sincerely,

/s/Sam Glasscock III

Vice Chancellor

SGIII/lkpr